509 A.2d 1255

In re The FEBRUARY, 1984, ALLEGHENY COUNTY
INVESTIGATING GRAND JURY, Petitioner.

(Matter of Subpoena of Michael D. FOGLIA, Esquire).

Supreme Court of Pennsylvania.

Argued May 13, 1986.
Decided May 29, 1986.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Leo M. Dillon, Asst. Dist. Atty., Pittsburgh, for petitioner.

Stanton D. Levenson, Pittsburgh, for respondent.

Before NIX, C.J., and LARSEN, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Matter dismissed as moot.

LARSEN and HUTCHINSON, JJ., dissent.